■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD MEYER, Appellant.— Judgment of conviction unanimously affirmed on the law

and on the facts. Each case rests on its own facts, and while the proof somewhat parallels that in *People* v. *Hederman* (10 A D 2d 684) there are significant distinctions. The testimony of the man who was served while in an intoxicated condition, though offered to bolster defendant's denials, had the opposite effect. This testimony alone distinguishes the case. from our prior cited decision. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.